543 P.2d 119

The STATE of Arizona, Appellant,

v.

Julian Joseph ZEBROWSKI, Jr., Appellee.

No. 3348–PR.

Supreme Court of Arizona, In Banc.

Dec. 3, 1975.

Rehearing Denied Jan. 6, 1976.

Bruce E. Babbitt, Atty. Gen., Phoenix, Dennis DeConcini, Pima County Atty. by Gary S. Kneip, Deputy County Atty., Tucson, for appellant.

Cannon & Schwanbeck by William G. Lane, Tucson, for appellee.

CAMERON, Chief Justice.

Petition for review granted. The opinion of the Court of Appeals as reported in 24 Ariz.App. 452, 539 P.2d 926 (1975) is approved by this court.

The order of the trial court suspending the sentence and placing the appellee on probation is vacated and the cause remanded for further proceedings consistent with the opinion of the Court of Appeals, supra.

STRUCKMEYER, V. C. J., and HAYS, HOLOHAN and GORDON, JJ., concur.